# EXHIBIT A

9/23/2005

PRASCO™

# CVS

## Direct Contract - Revised

| PRODUCT | INGREDIENTS | STRENGTH | PKG. SIZE | NDC# 66993- | COMPARE TO | AWP | INVOICE PRICE | NET PRICE | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| Fexofenadine Hydrochloride Tablets | Fexofenadine Hydrochloride | 30mg | 100 | 106-02 | Allegra® | $ | | | X | |
| Fexofenadine Hydrochloride Tablets | Fexofenadine Hydrochloride | 60mg | 100 | 107-02 | Allegra® | $ | | | X | |
| Fexofenadine Hydrochloride Tablets | Fexofenadine Hydrochloride | 180mg | 100 | 109-02 | Allegra® | $ | | | X | |

*Mitch Cullen* 9/23/2005
Prasco Laboratories Representative — Date

[signature] 9/23/05
CVS Representative — Date

Effective: 9/23/2005
Payment Terms: 2% 60 days, net 61 days
Quarterly Rebate: Quarterly assessment at 0.5% of invoices paid by CVS.

– 9/26 per Mitch Cullen affirmative
1. 5% stocking allowance and 30 days additional dating on initial purchase (limited to 30 days usage).
[redacted] (CH)

(CH) 2. All purchases made under this agreement will be made in strict accordance with CVS' business standards (Return Goods Policy, General Business Standards, Billback Programs, 0.5% Base Portfolio Rebate, etc.).

**Proposal is valid for 30 days after effective date.**
**Please indicate selected items (X) and fax signed agreement to 513-618-3334.**

(CH) 5. If CVS deems it necessary to Drop ship the 30MG to its stores or warehouses, Prasco will fully fund such activity. The estimated cost of doing so is $4,000.

(CH) 3. As it pertains to Fexofenadine only, any applicable shelf stock (price decrease protection) will be calculated by multiplying the cost difference (new cost – old cost) by the number of units on hand [Purchases (direct + Indirect) – units dispensed].

(CH) 4. Prasco warrants and represents that CVS will pay the lowest price offered by Prasco to any other customer regardless of class of trade. In short, CVS will pay Prasco the lowest price (net off all rebates, allowances, programs, etc.) when compared to any other Prasco customer. The prices of a purchase order shall be automatically revised (by Prasco to CVS) to equal the lowest cost at which Prasco shall have sold or shall have offered to any other customer.

Prasco Laboratories
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

fexofenadine 9 23 05.xls

REDACTED