# EXHIBIT B

CVS/pharmacy

# CVS Generic Pharmaceuticals
# Business Standards
*Confidential*

## Overview

While dynamics continue to change throughout the industry, it is important that your organization clearly understands CVS' expectations surrounding generic pharmaceuticals. CVS maintains consistent standards regarding business relationships with our suppliers. Through the effective communication of these criteria, it is CVS' objective to ensure uniformity in our business relationships across all generic suppliers. It is under the terms and conditions outlined in this document that CVS places purchase orders and your organization sells product to CVS.

## I. In Stock Position

- It is CVS' expectation that all suppliers will consistently and completely fill all purchase orders in a timely manner.
- When generic products are awarded by CVS, it is imperative that suppliers comprehend the current and future demand requirements to fulfill 100% of CVS' orders.
- Reserve inventory must be maintained at the supplier's facility to adequately protect CVS in the event of demand fluctuations, production issues, or changes in the availability of raw materials.
- Suppliers will notify CVS in advance of any anticipated supply interruptions.
- Out-of-stock situations are unacceptable.
- In addition to ensuring appropriate quantities for CVS' distribution centers, direct suppliers must confirm that adequate product is available at designated wholesalers to support indirect (DSD) purchases.

## II. Wholesaler Billback Program

- For all items purchased directly by CVS (and for certain other products designated by CVS from time to time), wholesaler contracts are to be maintained:
  - Indirect retail (DSD) contract loaded with Cardinal
  - PharmaCare contract loaded with McKesson and AmerisourceBergen
- The above referenced products will be included in the quarterly Billback process.
- Suppliers will load contracts for their entire product line, for all available package sizes.
- Quarterly Generic Billback Reports, which comprehend the difference between CVS' contract cost and direct cost, will be calculated by CVS based on purchases from the wholesaler.
- Billback reports will be communicated to suppliers on a quarterly basis.
- Billback payments should be received by CVS within thirty (30) days from the date that appears on the Billback report.

**III. Quarterly Direct Generic Rebate**

- Quarterly Generic Rebates for Direct Purchases will follow the methodology outlined in CVS' letter dated February 27, 2004; copies will be furnished upon request.
- Direct Rebates will be calculated on a calendar basis; all invoices dated within the applicable calendar quarter will be eligible for that quarter's rebate.
- Direct Rebates should be received by CVS within forty-five (45) days of the end of the respective quarter.

**IV. Shelf Stock Adjustment**

- Upon the effective date of a cost decrease, CVS will calculate a Shelf Stock Adjustment.
- Shelf Stock Adjustments comprehend the difference between the old and new cost for on-hand quantities in CVS' distribution centers plus five weeks' inventory at store level.
- It is CVS' expectation that suppliers will continually monitor market conditions related to the pricing of generic pharmaceuticals. In the event that market dynamics change for a product, the supplier must promptly inform CVS and provide an immediate cost reduction.

**V. Generic Advance Adjustment**

- In the event of a cost increase, CVS will calculate a 90-day Generic Advance Adjustment that quantifies the difference between the old and new cost, calculated at the current rate of utilization.
- CVS will consider the new cost as the supplier's best price. Alternative sources for this product will be explored and if the product is awarded to a new supplier, the incumbent will be notified.

**VI. Base Portfolio Generic Rebate**

- Effective April 1, 2004, CVS will require a rebate of 0.5% on all Direct Purchases of generic pharmaceuticals.
- All Direct Purchases made by CVS during the applicable quarter will be subject to that quarter's Base Portfolio Generic Rebate.
- Quarterly assessment will be calculated by CVS at 0.5% of invoices paid (prior to 2% cash discount) during the applicable quarter.
- The Base Portfolio Generic Rebate is in addition to all other rebates paid to CVS.
- CVS will process offsets for Base Portfolio Generic Rebates. Suppliers will be notified in advance of each transaction amount before an offset is processed.

**VII. Returns/Recalls**

- All returns/recalls will be subject to the CVS Return Goods Policy and Product Recall/Withdrawal Policy in effect from time to time.

*It is CVS' expectation that the contents of these standards will be treated as confidential and proprietary information and that recipient shall not disclose any information contained within this document to any third party.*
*© 2004 CVS/pharmacy.*

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mitch Cullen
Vice President National Accounts
Prasco Laboratories
7155 E. Kemper Rd.
Cincinnati, OH 45249

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 3110 0003 4276 0412

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Chris Arington
Exec. VP Partner
Prasco Laboratories
7155 E. Kemper Rd
Cincinnati, OH 45249

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 3110 0003 4275 5081

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. E. Thomas Arington
President, CEO
Prasco Laboratories
7155 E. Kemper Rd.
Cincinnati, OH 45249

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 3110 0003 4275 5074

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540