# EXHIBIT C

5/4/2006

PRASCO

# CVS

## Direct Contract - Revised

| PRODUCT | INGREDIENTS | STRENGTH | PKG. SIZE | NDC # 66993- | COMPARE TO | AWP | INVOICE PRICE | [redacted] | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| nadine Hydrochloride Tablets 338094 | Fexofenadine Hydrochloride | 30mg | 100 | 106-02 | Allegra® | REDACTED | | | X | |
| nadine Hydrochloride Tablets 338096 | Fexofenadine Hydrochloride | 60mg | 100 | 107-02 | Allegra® | | | | X | |
| nadine Hydrochloride Tablets 338097 | Fexofenadine Hydrochloride | 180mg | 100 | 109-02 | Allegra® | | | | X | |

Effective: 5/4/2006
Payment Terms: 2% 60 days, net 61 days
Quarterly Rebate: Quarterly assessment at 0.5% of invoices paid by CVS.

1. [redacted]

• Per CVS' business standards in effect from time to time.
a/m

Cullen — 5/4/2006
Laboratories Representative — Date

[signature] — 5/4/06
Representative — Date

**Proposal is valid for 30 days after effective date.**
**Please indicate selected items (X) and fax signed agreement to 513-618-3334.**

Δ $ 58-06 dou

**Prasco Laboratories**
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

fexofenadine 5 2 06.xls

cc: Teri