# EXHIBIT D

PRASCO
Unlimit

FAX COVER SHEET

| | | | |
|---|---|---|---|
| To: | Craig Heneghan | From: | Matt Pendley |
| Company: | CVS | Company: | Prasco |
| FAX: | (401) 769-9473 | FAX | (513) 618-3351 |
| Phone: | (401) 765-1500 x3402 | Phone: | (513) 618-3365 |

**Date:** **June 5, 2006**

**Pages:** __3__ (Including Cover Page)

This fax is in regards to your recent Fexofenadine Shelf Stock Adjustment (SSA) dated 5/11/06 (attached).

After speaking with Mitch Cullen I was hoping that you could clarify point 3 of the original Fexofenadine agreement (attached) between Prasco and CVS dated 9/23/05 and the SSA in question. The SSA is claiming 5 weeks utilization at the pharmacy level, not an actual number of units on hand.

Please let me know if you have any questions.

Thank you,
Matt Pendley

CC: Mitch Cullen

PRASCO LABORATORIES
7155 E. Kemper Road • Cincinnati, OH 45249
513.618.3365 • f 513.618.3351 • 866.525.0688
email: m.pendley@prasco.com
www.prasco.com

PRASCO LABORATORIES
7155 E. Kemper Road • Cincinnati, OH 45249
513.618.3365 • f 513.618.3351 • 866.525.0688
email: m.pandley@prasco.com
www.prasco.com

# CVS
## Direct Contract - Revised

| ...EDIENTS | STRENGTH | PKG. SIZE | NDC# 66993- | COMPARE TO | AWP | INVOICE PRICE | NET PRICE | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|
| ...e Hydrochloride | 30mg | 100 | 106-02 | Allegra® | $ | | | X | |
| ...e Hydrochloride | 60mg | 100 | 107-02 | Allegra® | $ | | | X | |
| ...e Hydrochloride | 180mg | 100 | 109-02 | Allegra® | $ | | | X | |

9/23/2005
Date

Effective: 9/23/2005
Payment Terms: 2% 60 days, net 61 days
Quarterly Rebate: Quarterly assessment at 0.6% of invoices paid by CVS.

1. 5% stocking allowance and 30 days additional dating on initial purchase (limited to 30 days usage).
[redacted] (CR)

23/05
Date

(CP) 2. All Purchases made under this agreement will be made in strict accordance with CVS' Customer's standards (Return Goods Policy, Generic Business Standards, Billback Program, 0-5% New Article Rebate, etc.).

Proposal is valid for 30 days after effective date.
*Please indicate selected items (X) and fax signed agreement to 513.618.3334.

(CR) 3. As it pertains to Fexofenadine only, any applicable shelf stock (price decrease protection) will be calculated by multiplying the cost difference (new cost - old cost) by the number of units on hand [Purchases (direct + Indirect) - units dispensed].

(CR) 4. Prasco warrants and represents that CVS will pay the lowest price offered by Prasco to any other customer regardless of class of trade. In short, CVS will pay Prasco the lowest price (net off all rebates, allowances, programs, etc.) when compared to any other Prasco customer. The prices of a purchase order shall be automatically revised (by Prasco to CVS) to equal the lowest cost at which Prasco shall have sold or shall have offered to any other customer.

luded all
vide unsigned
l) revisions,
me know
re any
need,
anks

Prasco Laboratories
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

REDACTED

# CVS/pharmacy®

May 11, 2006

Mr. Mitch Cullen
VP, National Accounts
Prasco Labs
105 Royal Club Drive
Cary, NC 27513

Dear Mitch:

In relation to your recent price reductions, listed below are the quantities we had on hand.

| Description | Size | *Store Quantity | Warehouse Quantity | Old Cost | New Cost | Amount Due |
|---|---|---|---|---|---|---|
| Fexofenadine 30mg | 100 | | | | | |
| Fexofenadine 60mg | 100 | | | | | |
| Fexofenadine 180mg | 100 | | | | | |
| | | | | | | $5,043,181.97 |

* Store quantity is based on 5 weeks utilization.

An offset for $5,043,181.97 will be processed by CVS on June 12, 2006. **REDACTED**

If you have any questions, please feel free to call me at (401) 770-5196.

Sincerely,
*Craig P. Heneghan*

Craig P. Heneghan
Director Pharmacy Merchandising

Attachment

CPH/dml