# EXHIBIT E

CVS/pharmacy®

June 16, 2006

Mr. Mitch Cullen
VP, National Accounts
Prasco Labs
105 Royal Club Drive
Cary, NC 27513

Dear Mitch:

Please find attached CVS' updated shelf stock related to the May 4, 2006 price decrease on Fexofenadine. This recalculation is based off of the September 23, 2005 agreement and replaces the previously calculated shelf stock contained within CVS' letters dated May 11, 2006 and June 8, 2006. (Please see attached).

As discussed, both CVS and Prasco agree that for all Prasco products going forward, the shelf stock calculation will be based off of the CVS' Business Standards (in effect from time to time) unless otherwise agreed to in writing.

An offset for $4,571,167.00 will be processed by CVS on June 16, 2006.

If you have any questions, please feel free to call me at (401) 770-5196.

Sincerely,
*Craig P. Heneghan*

Craig P. Heneghan
Director Pharmacy Merchandising

Attachment

CPH/dml

5/4/2006

PRASCO

# CVS
## Direct Contract - Revised

| PRODUCT | INGREDIENTS | STRENGTH | PKG. SIZE | NDC # 66993- | COMPARE TO | AWP | INVOICE PRICE | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|
| dine Hydrochloride Tablets 338094 | Fexofenadine Hydrochloride | 30mg | 100 | 106-02 | Allegra® | | $ [redacted] | X | |
| dine Hydrochloride Tablets 338096 | Fexofenadine Hydrochloride | 60mg | 100 | 107-02 | Allegra® | | $ [redacted] | X | |
| dine Hydrochloride Tablets 338097 | Fexofenadine Hydrochloride | 180mg | 100 | 109-02 | Allegra® | | $ [redacted] | X | |

ullen 5/4/2006
aboratories Representative Date

[signature] 5/4/06
presentative Date

Effective: 5/4/2006
Payment Terms: 2% 60 days, net 61 days
Quarterly Rebate: Quarterly assessment at 0.5% of invoices paid by CVS.

REDACTED

1. [redacted]

• Per CVS' business standards in effect from time to time.

a/NO

**Proposal is valid for 30 days after effective date.**
**Please indicate selected items (X) and fax signed agreement to 513-618-3334.**

Δ $ 58-06 dcw

**Prasco Laboratories**
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

fexofenadine 5 2 06.xls

cc: Teri

PRASCO

# CVS
## Indirect Contract

Indirect wholesaler

| PRODUCT | INGREDIENTS | STRENGTH | PKG. SIZE | NDC # 66993- | COMPARE TO | AWP | CONTRACT PRICE | | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| dine Hydrochloride Tablets | Fexofenadine Hydrochloride | 30mg | 100 | 106-02 | *Allegra*® | $ | | [redacted] | | |
| dine Hydrochloride Tablets | Fexofenadine Hydrochloride | 60mg | 100 | 107-02 | *Allegra*® | $ | | [redacted] | | |
| dine Hydrochloride Tablets | Fexofenadine Hydrochloride | 180mg | 100 | 109-02 | *Allegra*® | $ | | [redacted] | | |

7/1/06
Effective: [redacted] - 12/31/2007
Contract Reference #: PLCVS502
Designated Wholesalers: Cardinal Health, ABC, McKesson
Quarterly billback for indirect purchases to direct contract net prices. – Per CVS' business standards.

1. [redacted]

ullen 5/25/2006
aboratories Representative Date

5/24/06
resentative Date

**Proposal is valid for 30 days after effective date.**
**Please indicate selected items (X) and fax signed agreement to 513-618-3334.**

- Per CVS business standards in effect from time to time.

**Prasco Laboratories**
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

REDACTED

fexo indirect 5 23 06.xls

5/30 cc: Jason

Fexofenadine Shelf Stock Adjustment
Price Decrease Effective May 3, 2006

| Item | NDC | Description | Pkg | Old Price | New Price | Price Var | Warehouse Purchases | Indirect DSD Purchases | Drop Shipments to Stores | Total Purchases | Total Dispensings- Units | Shelf Stock Units (Purchases Less Dispensings) | Shelf Stock Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 338094 | 66993010602 | FEXOFENADINE HCL 30 MG TABLET | 100 | | | | | | | | | | |
| 338096 | 66993010702 | FEXOFENADINE HCL 60 MG TABLET | 100 | | | | | | | | | | |
| 338097 | 66993010902 | FEXOFENADINE HCL 180 MG TABLET | 100 | | | | | | | | | | |

**REDACTED**

*Shelf Stock Amount* $4,571,167

PRASCO LABORATORIES
7155 E. Kemper Road • Cincinnati, OH 45249
513.618.3365 • f 513.618.3351 • 866.525.0688
email: m.pendley@prasco.com
www.prasco.com

# CVS

## Direct Contract - Revised

| EDIENTS | STRENGTH | PKG. SIZE | NDC # 66993- | COMPARE TO | AWP | INVOICE PRICE | NET PRICE | SELECTED ITEMS | ANNUAL USAGE |
|---|---|---|---|---|---|---|---|---|---|
| e Hydrochloride | 30mg | 100 | 106-02 | Allegra® | $ | | | X | |
| e Hydrochloride | 60mg | 100 | 107-02 | Allegra® | $ | | | X | |
| e Hydrochloride | 180mg | 100 | 109-02 | Allegra® | $ | | | X | |

9/23/2005
Date

Effective: 9/23/2005
Payment Terms: 2% 60 days, net 61 days
Quarterly Rebate: Quarterly assessment at 0.5% of invoices paid by CVS.

1. 5% stocking allowance and 30 days additional dating on initial purchase (limited to 30 days usage).
[redacted] (CH)

(CH) 2. All Purchases made under this agreement will be made in strict accordance with CVS' business's standards (Return Goods Policy, Generic Business Standards, Billback Program, 0.5% Base Portfolio Rebate, etc.).

23/0.5
Date

Proposal is valid for 30 days after effective date.
Please indicate selected items (X) and fax signed agreement to 513-618-3334.

(CH) 3. As it pertains to Fexofenadine only, any applicable shelf stock (price decrease protection) will be calculated by multiplying the cost difference (new cost - old cost) by the number of units on hand [Purchases (direct + Indirect) - units dispensed].

(CH) 4. Prasco warrants and represents that CVS will pay the lowest price offered by Prasco to any other Customer regardless of class of trade. In short, CVS will pay Prasco the lowest price (net off all rebates, allowances, programs, etc.) when compared to any other Prasco customer. The prices of a purchase order shall be automatically revised (by Prasco to CVS) to equal the lowest cost at which Prasco shall have sold or shall have offered to any other customer.

ludes all
nide unsigned
l) revisions,
me know
re any
need.
anks

Prasco Laboratories
7155 E. Kemper Road
Cincinnati, OH 45249
866.525.0688 513.618.3334 f

REDACTED