# EXHIBIT F

PRASCO

# CVS

Direct Contract

| PRODUCT | INGREDIENTS | | STRENGTH | PKG. SIZE | NDC# 66993- | COMPARE TO | AWP | INVOICE PRICE | REBATE TEXT | ANNUAL USAGE | [√] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fexofenadine Hydrochloride Tab | fexofenadine | 338094 | 30mg | 100 | 108-02 | *Allegra* | | | See Details Below | | |
| Fexofenadine Hydrochloride Tab | fexofenadine | 338096 | 60mg | 100 | 107-02 | *Allegra* | | | See Details Below | | |
| Fexofenadine Hydrochloride Tab | fexofenadine | 338097 | 180mg | 100 | 109-02 | *Allegra* | | | See Details Below | | |

*Mitch Cullen* 03/02/2007

Prasco Laboratories Date

CVS Representative Date

Effective: 03/02/2007

Payment Terms: 2% 30 Net 31

Rebate: Quarterly assessment at 0.5% of invoices paid by CVS

~~Right of First Refusal: By signing this agreement, buyer acknowledges that Prasco shall receive Right of First Refusal on any competitive bid for these products.~~

Per CVS business standards in effect from time to time

3/2/07

Proposal is valid for 30 days after effective date.

Please indicate selected items (√) and fax signed agreement to 513-618-3334.

REDACTED

Prasco Laboratories
866.525.0688 513.618.3334 f
7155 E. Kemper Road Cincinnati, OH 45249

*The marks of comparative products are owned by the respective manufacturers/producers of those products.*



1741

9b cc: tom