# EXHIBIT G

**CVS/pharmacy®**

March 5, 2007

Mr. Mitch Cullen
VP, National Accounts
Prasco Labs
105 Royal Club Drive
Cary, NC 27513

Dear Mitch:

In relation to your recent price reductions, listed below are the quantities we had on hand.

| Description | Size | *Store Quantity | Warehouse Quantity | Old Cost | New Cost | Amount Due |
|---|---|---|---|---|---|---|
| Fexofenadine 30mg | 100 | | | | | $3,004.00 |
| Fexofenadine 60mg | 100 | | REDACTED | | | $108,924.00 |
| Fexofenadine 180mg | 100 | | | | | $615,909.00 |
| | | | | | | $727,837.00 |

* Store quantity is based on 5 weeks utilization.

An offset for $727,837.00 will be processed by CVS on April 5, 2007.

If you have any questions, please feel free to call me at (401) 770-5196.

Sincerely,

Craig P. Heneghan
Vice President Pharmacy Merchandising

Attachment

CPH/dml

PRASCO®

**CVS**

Direct Contract

| PRODUCT | INGREDIENTS | | STRENGTH | PKG. SIZE | NDC# 66993- | COMPARE TO | AWP | INVOICE PRICE | REBATE TEXT | | ANNUAL USAGE | [√] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fexofenadine Hydrochloride Tab | fexofenadine | [illegible] | 30mg | 100 | 106-02 | Allegra | | | See Details Below | | | |
| Fexofenadine Hydrochloride Tab | fexofenadine | [illegible] | 60mg | 100 | 107-02 | Allegra | | | See Details Below | | | |
| Fexofenadine Hydrochloride Tab | fexofenadine | [illegible] | 180mg | 100 | 109-02 | Allegra | | | See Details Below | | | |

*Mitch Cullen* 03/02/2007

Prasco Laboratories Date

CVS Representative Date

Effective: 03/02/2007

Payment Terms: 2% 60 Net 61

Rebate: Quarterly assessment at 0.5% of invoices paid by CVS

~~Right of First Refusal: By signing this agreement, buyer acknowledges that Prasco shall receive Right of First Refusal on any competitive bid for these products.~~

Proposal is valid for 30 days after effective date.

Please indicate selected items (√) and fax signed agreement to 513-618-3334.

• Per CVS business standards in effect for the CL

[signature]

3/2/07

REDACTED

Prasco Laboratories

866.525.0688 513.618.3334 f

7155 E. Kemper Road Cincinnati, OH 45249

*The marks of comparative products are owned by the respective manufacturers/producers of those products.*



1741

3/2 cc: Terri

```
PACKET PAGE:     752   *00011970PRX0007COM201IFP255C   0                    301*
IF255/IFP255C   WEEK NO. 08                C V S / P H A R M A C Y,  I N C.         PAGE   751   *  BLANK IF COMP GEN
           VPMM NO. 1  MATT LEONARD                        STOCK STATUS     COMBINED                 O IF OLD FORMULA
          BUYER NO. 0  CRAIG HENEGHAN          03-05-07 ACTIVE   ONLY RX BUYERS                       N IF NEW FORMULA
 ITEM     DESCRIPTION          CVS-RET   U-COST SLSWK 3 SLSWK 1  A-WK-S F* BOH      RES   UM   INV VALUE    FLAGS:  S=STORE, P=PROCARE, W=WEB STATUS, O=WEB ONLY
  WKS    ON-ORD DTS SIZE          SUGG  ACT-COST SLSWK 4 SLSWK 2  IWKFSQ    BOO  WK REC CSPK EOH RES INV    YTD    PROM     REG POX OH
                                                                                                         AVG MO/OLD EXC AVG BACKUP    S P W O
4024      WK 05-03-03  1 LT   0
PRASCO LABS
280683 AMDRY-C TABS
FL                100
280683 AMDRY-C TABS
IN                100
280683 AMDRY-C TABS
OR                100
280683 AMDRY-C TABS
CR                100
280683 AMDRY-C TABS
NJ                100
280683 AMDRY-C TABS
TN                100
280683 AMDRY-C TABS
EN                100
292873 BROMPLEX DM SYRUP
FL                480
292873 BROMPLEX DM SYRUP
IN                480
292873 BROMPLEX DM SYRUP
OR                480
292873 BROMPLEX DM SYRUP
CR                480
292873 BROMPLEX DM SYRUP
NJ                480
292873 BROMPLEX DM SYRUP
TN       02/26    480
292873 BROMPLEX DM SYRUP
EN       02/07 03/01 480
338097*FEXOFENADINE180MGT
MN       03/03    100
338097*FEXOFENADINE180MGT
IN                100
338097 FEXOFENADINE180MGT
CR                100
338097*FEXOFENADINE180MGT
NJ       03/01    100
338097*FEXOFENADINE180MGT
TN       02/26    100
338094*FEXOFENADINE30MGTB
MN       03/03    100
338094*FEXOFENADINE30MGTB
FL                100
338094*FEXOFENADINE30MGTB
IN                100
338094*FEXOFENADINE30MGTB
CR                100
338094*FEXOFENADINE30MGTB
NJ       03/01    100
```

REDACTED

```
PACKET PAGE:     753   *00011970PRX0007COM201IFP255C   0                         301*
IF255/IFP255C   WEEK NO. 08              C V S / P H A R M A C Y,  I N C.            PAGE   752  *  BLANK IF COMP GEN
        VPMM NO. 1  MATT LEONARD                  STOCK STATUS     COMBINED                         O IF OLD FORMULA
       BUYER NO. 0  CRAIG HENEGHAN        03-05-07 ACTIVE   ONLY RX BUYERS                          N IF NEW FORMULA
                                                                            FLAGS:  S=STORE, P=PROCARE, H=WEB STATUS, O=WEB ONLY
 ITEM    DESCRIPTION         CVS-RET   U-COST SLSWK 3 SLSWK 1  A-WK-S F*  BOH    RES  UM   INV VALUE   YTD    PROM     REG POX OM
  WKS    ON-OUR DTS SIZE       SUGQ  ACT-COST SLSWK 4 SLSWK 2  1WKFSQ     BOQ  WK REC CSPK EOH RES INV  AVG MO/OLD EXC AVG BACKUP  S P W O

338094 FEXOFENADINE30MGTB
TN      02/26        100
338094 FEXOFENADINE30MGTB
EN                   100
338096 FEXOFENADINE60MGTB
WN      03/03        100
338096 FEXOFENADINE60MGTB
IN                   100
338096 FEXOFENADINE60MGTB
CR                   100
338096 FEXOFENADINE60MGTB
NJ      03/01        100
338096 FEXOFENADINE60MGTB
TN      02/26        100
338096 FEXOFENADINE60MGTB
EN                   100
296449 K-TAN TABS
WN                   100
296449 K-TAN TABS
FL                   100
296449 K-TAN TABS
IN                   100
296449 K-TAN TABS
OR                   100
296449 K-TAN TABS
CR                   100
296449 K-TAN TABS
NJ                   100
296449 K-TAN TABS
TN                   100
296449 K-TAN TABS
EN                   100
296450 K-TAN 4 SUSP
WN      03/03        118
296450 K-TAN 4 SUSP
IN                   118
296450 K-TAN 4 SUSP
NJ      03/01        118
296450 K-TAN 4 SUSP
TN                   118
296450 K-TAN 4 SUSP
EN      03/01        118
337042 LEFLUNOMIDE 10MGTB
WN                    30
337042 LEFLUNOMIDE 10MGTB
FL                    30
337042 LEFLUNOMIDE 10MGTB
IN                    30
337042 LEFLUNOMIDE 10MGTB
OR                    30
```

REDACTED

3/5

10115 OPEN PURCHASE ORDER INQUIRY BY *ITEM* FUNCTION *
NO MORE PO'S FOR THIS ITEM

PF6 = EXP.PO INQUIRY BY ITEM PF13 = TRANSFER PF10 = HELP PA1 = BROWSE
ITEM# 338094 DESC FEXOFENADINE30MGTB SIZE 100 CASE PACK 0000024
PPL# 000000

| WHSE | P/O NUMBER | PAGE | D | DATE OF ORDER | DATE B/O | S A | DATE SHP/ARR | ON ORDER QTY | Q M | DEAL NO | D L | P R | S S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W2 | 1323176 | 001 | | 30207 | OK | A | 30907 | | P | | | | |
| N2 | 2808693 | 001 | | 30107 | ✓ | A | 30807 | | P | | | | |
| T2 | 6868631 | 001 | | 22607 | ✓ | A | 30507 | | P | | | | |

REDACTED

```
10115          OPEN PURCHASE ORDER INQUIRY BY *ITEM*        FUNCTION *
NO MORE PO'S FOR THIS ITEM

PF6 = EXP.PO INQUIRY BY ITEM     PF13 = TRANSFER     PF10 = HELP     PA1 = BROWSE
ITEM# 338096 DESC FEXOFENADINE60MGTB            SIZE 100    CASE PACK 0000048
PPL#  000000
```

| WHSE | P/O NUMBER | PAGE | D | DATE OF ORDER | DATE B/O | S A | DATE SHP/ARR | ON ORDER QTY | O M | DEAL NO | D L | P R | S S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W2 | 1323176 | 001 | | 30207 | | A | 30907 | | P | | | | |
| N2 | 2808693 | 001 | | 30107 | | A | 30807 | | P | | | | |
| T2 | 6868631 | 001 | | 22607 | | A | 30507 | | P | | | | |

**REDACTED**

10115 OPEN PURCHASE ORDER INQUIRY BY *ITEM* FUNCTION *
NO MORE PO'S FOR THIS ITEM

PF6 = EXP PO INQUIRY BY ITEM PF13 = TRANSFER PF10 = HELP PA1 = BROWSE
ITEM# 338697 DESC FEXOFENADINE180MGT SIZE 100 CASE PACK 0000024
PPL# 000000

| WHSE | P/O NUMBER | PAGE | D | DATE OF ORDER | DATE B/O | S A | DATE SHP/ARR | ON ORDER QTY | C M | DEAL NO | D L | P R | S S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W2 | 1323176 | 001 | | 30207 | | A | 30907 | | P | | | | |
| N2 | 2808693 | 001 | | 30107 | | A | 30807 | | P | | | | |
| T2 | 6868031 | 001 | | 22607 | | A | 30507 | | P | | | | |

REDACTED

Prasco

| Description | Size | WN Store Quantity | NJ Store Quantity | IN Store Quantity | TN Store Quantity | OR Store Quantity | CR Store Quantity | EN Store Quantity | Total Store Quantity | Warehouse Quantity | Old Cost | New Cost | Store Amount Due | Warehouse Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fexofenadine 30mg | 100 | | | | | | | | | | | | | | |
| Fexofenadine 60mg | 100 | | | | | | | | | | | | | | |
| Fexofenadine 180mg | 100 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | $ 727,837.00 |

REDACTED