# EXHIBIT H

PRASCO
Unlimit

April 26, 2007

PERSONAL & CONFIDENTIAL

Mr. Matt Leonard
Sr. Vice President, Pharmacy
CVS
One CVS Drive
Woonsocket, RI 02895

Dear Matt:

It was good to see you this week, even though our meeting did not provide the results that I believe we both wanted. As a follow-up to our meeting, I am writing to ensure you understand our position on the Fexofenadine pricing issue.

Since your original net price of            on the 180mg X 100's, we have had two new agreements that resulted in your current net price of           . These new agreements were implemented based on input from your buyer who said the market was "softening" and the new prices were necessary in order to receive all of your business. As it turns out, we reduced your prices by            resulting in a total savings of             while you decided to move approximately 20% of your business to another supplier contrary to our understanding.

With the acquisition of Caremark, you are now seeking another price reduction based on a different trade class, which would require Prasco to retroactively change its pricing policy and its standard way of doing business. As I stated in our meeting, our pricing policy regarding trade class differentiation has been firmly established since the launch of Prasco, and I have operated in a similar manner throughout my career. I'm sure you can understand why it is impossible for us to allow any customer, regardless of size, to force a change in our pricing policy. This is why we never agreed to your "most favored language" suggested by your buyer.

Our meeting in Phoenix was particularly disappointing, since I offered you the equivalent of $11.2MM to pave the way for future business, and you said that it was not enough and

*Prasco Laboratories*
*7155 E. Kemper Road*
*Cincinnati, OH 45249*
*Phone: 513.618.3333*
*Fax: 513.618.3334*
*1.866.525.0688*
*www.prasco.com*

**REDACTED**

you would move the product. I respect your right to make your business decision, and we will bill you for the April shipments at the prices listed below on a one time basis.

30 mg
60 mg
180 mg

**REDACTED**

In summary, the financial benefits to CVS based on our shipments of Fexofenadine to date are outlined below:

A) estimated savings through lower pricing (180-day exclusivity period)
- additional savings through our two price reductions
– Total savings

B) Plus $11.2MM offered for future business.

I do find it unusual and a bit confusing that we provided so much value and yet you are not only moving the product, but you are eliminating what could be accomplished together with Fexofenadine D (Fexofenadine Hydrochloride/Pseudoephedrine Hydrochloride).

We are confident that we have met every commitment under the original pricing structure negotiated by you and Chris, as well as the two subsequent price reductions as documented by our invoices to CVS. As it turns out, we implemented these reductions even though we did not receive 100% of your business, per our original understanding.

We are finalizing our business relationship on Fexofenadine by offering a special buy-in for the month of April in order to ensure a smooth transition to another supplier. If you decide to accept the offer that I presented to you at the NACDS meeting, the buy-in will continue for a full six months.

Please feel free to contact me directly at 513-618-3370 if you wish to discuss this matter further.

Cordially,

E. Thomas Arington
Chairman & CEO

ETA:slf