# EXHIBIT I

5/4 dup
5/10 [illegible]

**CVS/pharmacy®**

May 3, 2007

6/5 deducted

Mr. Mitch Cullen
VP, National Accounts
Prasco Labs
105 Royal Club Drive
Cary, NC 27513

Dear Mitch:

In relation to your recent price reduction, please see the attached shelf stock calculation totaling $3,002,327.

If CVS does not receive a check or credit memo in the amount listed above, an offset will be processed on June 4, 2007.

If you have any questions, please feel free to call me at (401) 770-5196.

Sincerely,

[signature]

Craig P. Heneghan
Vice President Pharmacy Merchandising

Attachment

CPH/dml

Heneghan, Craig P.

From: Heneghan, Craig P.
Sent: Thursday, April 05, 2007 8:22 AM
To: 'c.arington@prasco.com'
Cc: Mitch Cullen
Subject: Fexofenadine Discussion

ıris,

st I would like to thank you for your willingness to address the identified pricing issue with Fexofenadine. I believe the nversation we had yesterday was a good start at addressing this matter; I appreciate your openness and straightforwardness.

ditionally, I wanted to let you know that I have adjusted CVS' invoice price on Fexofenadine to $ , for a bottle of 100; to be ןned with our agreement.

ok forward to continuing our discussion today and I am hopeful that we will reach a full resolution to this matter.

anks again,

ıig

Please Load New pricing.

Craig

REDACTED

# elf Stock Adjustments-Prasco Fexofenadine

| te of ice ange | NDC | Description | Mfg | Pkg | Old Invoice Price | New Invoice Price | Price Var | 5 Weeks Avg Units | Units on Hand | Total Units | Shelf Stock Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| )5/07 | 66993-0106-02 | FEXOFENADINE HCL 30 MG TABLET | PRASCO LABS | 100 | | | | | | | |
| )5/07 | 66993-0107-02 | FEXOFENADINE HCL 60 MG TABLET | PRASCO LABS | 100 | | | | | | | |
| )5/07 | 66993-0109-02 | FEXOFENADINE HCL 180 MG TABLET | PRASCO LABS | 100 | | | | | | | |
| | | | | | | | | | | | $ 3,002,327 |

REDACTED