UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS Pharmacy, Inc.

v. CA No. 07-258S

Prasco, LLC

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 7/11/07