UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC., Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-258ML |
| | ) | |
| PRASCO, LLC, Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE**

The undersigned hereby withdraws her appearance as counsel for the Plaintiff, CVS Pharmacy, Inc. in the above-referenced matter.

/s/ Caroline F. Turcotte
Caroline F. Turcotte (#7165)

**ENTRY OF APPEARANCE**

The undersigned counsel hereby enters his appearance on behalf of the Plaintiff, CVS Pharmacy, Inc. in the above-referenced matter.

CVS PHARMACY, INC.,

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER &
DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6620
(401) 276-6611 (Fax)
rripple@eapdlaw.com