UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRASCO, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-258-ML |

**VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CVS Pharmacy, Inc. hereby dismisses with prejudice the above-captioned action against Prasco, LLC.

CVS PHARMACY, INC.

By its attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (# 6489)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 (phone)
(401) 276-6611 (fax)
rripple@eapdlaw.com